**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF**
**LOUISIANA MONROE DIVISION**

| | |
|---|---|
| SERAPIO ARMENTA-PITA | Case No.: 26-CV-1797 |
| Petitioner, | |
| v. | **JUDGE JAMES D CAIN, JR** |
| BRIAN ACUNA ET AL | **MAGISTRATE JUDGE JOSEPH H** |
| | **L PEREZ-MONTE** |
| Respondents. | |

## <u>ORDER</u>

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above described action.

THUS DONE AND SIGNED in chambers this 30th day of June, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE